# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Christopher E. Jamison**  **BK NO. 20-00112 HWV**
      **Dianna L. Jamison**

              **Debtor(s)**  **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                      Respectfully submitted,

                      /s/Rebecca A. Solarz
                      Rebecca Solarz
                      16 Oct 2020, 14:47:20, EDT

                      KML Law Group, P.C.
                      BNY Mellon Independence Center
                      701 Market Street, Suite 5000
                      Philadelphia, PA  19106
                      215-627-1322