United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dianna L Jamison  
Christopher E. Jamison  
    Debtors

Case No. 20-00112-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Aug 01, 2024      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dianna L Jamison, Christopher E. Jamison, 545 shuler road, Shermans Dale, PA 17090-8757 |
| 5290143 | | midland credit managment, 320 east beaver st, Troy, MI 48083 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 01 2024 22:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5290113 | | EDI: CITICORP | Aug 01 2024 22:39:00 | BEST BUY, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 5293618 | + | EDI: BANKAMER2 | Aug 01 2024 22:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5290121 | | EDI: CAPITALONE.COM | Aug 01 2024 22:39:00 | capital one bank usa, po box 85015, Richmond, VA 23285-5015 |
| 5290125 | | EDI: CITICORP | Aug 01 2024 22:39:00 | citibank, po box 78009, Phoenix, AZ 85062-8009 |
| 5292512 | | EDI: CAPITALONE.COM | Aug 01 2024 22:39:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5303837 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2024 18:52:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5290123 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2024 18:39:00 | Cavalry Portfolio Services llc, 500 summit lake drive, suite 400, Valhalla, NY 10595-2321 |
| 5295866 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2024 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5313636 | | EDI: CITICORP | Aug 01 2024 22:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5290131 | | EDI: DISCOVER | Aug 01 2024 22:39:00 | discover financial services, po box 15316, Wilmington, DE 19850 |
| 5291696 | | EDI: DISCOVER | Aug 01 2024 22:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5310848 | | EDI: JEFFERSONCAP.COM | Aug 01 2024 22:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 5290137 | | EDI: JPMORGANCHASE | Aug 01 2024 22:39:00 | JPMCB card services, po box 15369, Wilmington, DE 19850 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5290136 | | EDI: JPMORGANCHASE | Aug 01 2024 22:39:00 | jpmcb card service, 301 north walnut st. floor 9, Wilmington, DE 19801-3935 |
| 5299338 | + | Email/Text: RASEBN@raslg.com | Aug 01 2024 18:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5311975 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Aug 01 2024 18:39:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 5292898 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 01 2024 18:39:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 5290148 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Aug 01 2024 18:39:00 | state farm bank, po box 2313, Bloomington, IL 61702 |
| 5300607 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2024 18:52:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5303678 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2024 18:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5294130 | + | EDI: AGFINANCE.COM | Aug 01 2024 22:39:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 5300398 | | EDI: PRA.COM | Aug 01 2024 22:39:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5296336 | | EDI: PENNDEPTREV | Aug 01 2024 22:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5296336 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 01 2024 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5290149 | + | EDI: SYNC | Aug 01 2024 22:39:00 | SYNCB AMERICAN EAGLE, po box 965005, Orlando, FL 32896-5005 |
| 5290150 | + | EDI: SYNC | Aug 01 2024 22:39:00 | SYNCB AMERICAN EAGLE, 4125 winward plaza, Alpharetta, GA 30005-8738 |
| 5290504 | ^ | MEBN | Aug 01 2024 18:37:25 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5311370 | | EDI: AIS.COM | Aug 01 2024 22:39:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5290109 | ^ | MEBN | Aug 01 2024 18:38:06 | apothaker scian pc, 520 fellowship rd. suite c306, po box 5496, Mount Laurel, NJ 08054-5496 |
| 5290110 | | EDI: BANKAMER | Aug 01 2024 22:39:00 | bank of america, po box 982238, El Paso, TX 79998-2238 |
| 5290112 | | EDI: BANKAMER | Aug 01 2024 22:39:00 | bank of america, 4060 ogeltown/stanton road, Newark, DE 19713 |
| 5290114 | | EDI: CITICORP | Aug 01 2024 22:39:00 | best buy CBNA, 701 east 60th street north, Sioux Falls, SD 57104-0432 |
| 5290115 | ^ | MEBN | Aug 01 2024 18:38:12 | bureau of account management, 3607 rosemont avenue, suite 502, Camp Hill, PA 17011-6943 |
| 5290116 | + | Email/Text: bankruptcy@cavps.com | Aug 01 2024 18:39:00 | calvary portfolio services, 500 summit lane drive, suite 400, Valhalla, NY 10595-2321 |
| 5290117 | + | EDI: CAPITALONE.COM | Aug 01 2024 22:39:00 | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5290126 | + | EDI: CITICORP | Aug 01 2024 22:39:00 | citibank, po box 6077, Sioux Falls, SD 57117-6077 |
| 5290127 | + | Email/Text: bknotice@raslavrar.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 01 2024 18:39:00 | citibank N.A., c/o RAS LaVrar LLc, 425 Commerce Drive Suite 150, Fort Washington, PA 19034-2727 |
| 5290128 | + | EDI: CITICORP | Aug 01 2024 22:39:00 | citicards, 701 east 60th street, Sioux Falls, SD 57104-0432 |
| 5290129 | + | EDI: CITICORP | Aug 01 2024 22:39:00 | citicards citibank, po box 6241, Sioux Falls, SD 57117-6241 |
| 5290130 | | Email/Text: pitbk@weltman.com | Aug 01 2024 18:39:00 | discover bank, c/o weltman, weinberg & reis, co., 436 7th ave. suite 2500, Pittsburgh, PA 15219-1842 |
| 5290133 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 01 2024 18:39:00 | flagstar bank, 5151 corporate circle, Troy, MI 48098-2639 |
| 5290135 | | EDI: HFC.COM | Aug 01 2024 22:39:00 | houshold finance corp, 961 north weigel ave., Elmhurst, IL 60126-1058 |
| 5290139 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 01 2024 18:39:00 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5290140 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 01 2024 18:39:00 | mariner finance, 8211 town center drive, Nottingham, MD 21236-5904 |
| 5290141 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2024 18:39:00 | midland credit management, po box 60578, Los Angeles, CA 90060-0578 |
| 5290142 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2024 18:39:00 | midland credit managment, 8875 aaero drive suite 200, San Diego, CA 92123-2255 |
| 5290144 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2024 18:39:00 | midland funding llc, 320 east big beaver, Troy, MI 48083-1238 |
| 5290146 | + | EDI: AGFINANCE.COM | Aug 01 2024 22:39:00 | one main financial, 100 international drive, 15th floor, Baltimore, MD 21202-4784 |
| 5290145 | | EDI: AGFINANCE.COM | Aug 01 2024 22:39:00 | one main financial, po box 1010, Evansville, IN 47706-1010 |
| 5290151 | + | EDI: SYNC | Aug 01 2024 22:39:00 | syncb care credit, po box 965036, Orlando, FL 32896-5036 |
| 5290153 | + | EDI: SYNC | Aug 01 2024 22:39:00 | syncb lowes, 4125 winward plaza, Alpharetta, GA 30005-8738 |
| 5290152 | + | EDI: SYNC | Aug 01 2024 22:39:00 | syncb lowes, po box 965005, Orlando, FL 32896-5005 |
| 5290154 | + | EDI: SYNC | Aug 01 2024 22:39:00 | syncb sams club, po box 965005, Orlando, FL 32896-5005 |
| 5290155 | | EDI: SYNC | Aug 01 2024 22:39:00 | synchrony bank, po box 960061, Orlando, FL 32896-0061 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5290122 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, capital one bank usa, po box 85015, Richmond, VA 23285-5015 |
| 5290124 | *+ | Cavalry Portfolio Services llc, 500 summit lake drive, suite 400, Valhalla, NY 10595-2321 |
| 5290132 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, discover financial services, po box 15316, Wilmington, DE 19850 |
| 5290138 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB card services, po box 15369, Wilmington, DE 19850 |
| 5290147 | *P++ | LOAN SERVICING, LOAN SUPPORT, PO BOX 5961, MADISON WI 53705-0961, address filed with court:, state farm, one state farm plaza, Bloomington, IL 61710 |
| 5305097 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

| | | |
|---|---|---|
| 5290111 | * | bank of america, po box 982238, El Paso, TX 79998-2238 |
| 5290118 | *+ | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5290119 | *+ | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5290120 | *+ | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5290134 | * | flagstar bank, 5151 corporate circle, Troy, MI 48098-2639 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 2 Christopher E. Jamison adlitem@pa.net  hazlettgreg123@gmail.com |
| Gregory S Hazlett | on behalf of Debtor 1 Dianna L Jamison adlitem@pa.net  hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor Lakeview Loan Servicing  LLC pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Lakeview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor Lakeview Loan Servicing  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dianna L Jamison<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0629<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Christopher E. Jamison<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6084<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–00112–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dianna L Jamison      Christopher E. Jamison

8/1/24

**By the court:** _(signed)_

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**