Fill in this information to identify the case:

Debtor 1     Dianna L. Jamison

Debtor 2     Christopher E. Jamison

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number    20-00112 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC     **Court claim no.** (if known): 29

**Last 4 digits** of any number you use to identify the debtor's account: 6556

**Date of payment change:**
Must be at least 21 days after date of this notice     04/01/2023

**New total payment:** $1311.71
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $557.91     New escrow payment: $529.93

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____     New mortgage payment: $_____

| Debtor(s) | <ins>Dianna L. Jamison , Christopher E. Jamison,</ins> | Case number (*if known*) <ins>20-00112 HWV</ins> |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ <ins>/s/ Michael P. Farrington</ins>      Date <ins>March 10, 2023</ins>
Signature

Print:  <ins>Michael P. Farrington</ins>    Title <ins>Attorney for Creditor</ins>
First Name    Middle Name    Last Name

Company  <ins>KML Law Group, P.C.</ins>

Address  <ins>701</ins>    <ins>Market Street, Suite 5000</ins>
Number    Street
<ins>Philadelphia,</ins>       <ins>PA</ins>    <ins>19106</ins>
City    State    ZIP Code

Contact phone  (215) 627–1322    Email <ins>mfarrington@kmllawgroup.com</ins>