IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher E. Jamison<br>Dianna L Jamison<br>**Debtor(s)**<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>**Movant**<br><br>vs.<br><br>**Dianna L Jamison**<br><br>**Christopher E. Jamison**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 20-00112 HWV<br><br>Chapter 13<br><br>Related to Claim No. 29 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 10, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Dianna L Jamison
545 Shuler Road
Shermans Dale, PA 17090

Christopher E. Jamison
545 Shuler Road
Shermans Dale, PA 17090

<u>Attorney for Debtor(s)</u>
Gregory S. Hazlett, Esq.
7 West Main Street (VIA ECF)
Mechanicsburg, PA 17055

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>March 10, 2023</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com